UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| LISA PARKER,<br><br>        Plaintiff,<br><br>v.<br><br>PAYPAL, INC.,<br><br>        Defendant. | Case No.: **2:18-cv-11236-JMV-JBC**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF PAYPAL, INC.** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Lisa Parker and Defendant PayPal, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to PayPal, Inc. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expense.

Dated: February 19, 2020.

Respectfully submitted,

PRICE LAW GROUP, APC

HOLLAND & KNIGHT LLP

/s/ *Alla Gulchina*
Alla Gulchina
86 Hudson Street
Hoboken, NJ 07030
T: (818) 600-5566
F: (818) 600-5466
E: alla@pricelawgroup.com
*Attorneys for Plaintiff,*
*Lisa Parker*

/s/ 
Duvol M. Thompson
31 West 52nd Street
New York, NY 10019
T: (212) 513.3200
F: (212) 385.9010
E: duvol.thompason@hklaw.com
*Attorneys for Defendant*
*PayPal Inc.*

- 1 -

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                PRICE LAW GROUP, APC

                By: /s/ Florence Lirato