UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

LISA PARKER,

        Plaintiff,

v.

PAYPAL, INC.,

        Defendant.

Case No.: 2:18-cv-11236-JMV-JBC

STIPULATION OF DISMISSAL WITH PREJUDICE OF PAYPAL, INC.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Lisa Parker and Defendant PayPal, Inc., by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to PayPal, Inc. The parties have further stipulated that each party shall bear their own attorneys' fees, costs, and expense.

Dated: February 19, 2020.

PRICE LAW GROUP, APC

/s/ Alla Gulchina
Alla Gulchina
86 Hudson Street
Hoboken, NJ 07030
T: (818) 600-5566
F: (818) 600-5466
E: alla@pricelawgroup.com
*Attorneys for Plaintiff,*
*Lisa Parker*

Respectfully submitted,

HOLLAND & KNIGHT LLP

/s/
Duvol M. Thompson
31 West 52nd Street
New York, NY 10019
T: (212) 513.3200
F: (212) 385.9010
E: duvol.thompason@hklaw.com
*Attorneys for Defendant*
*PayPal Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 20, 2020, I electronically filed the foregoing document with the Clerk of the Court using the ECF system. Notice of such filing will be sent to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                                 PRICE LAW GROUP, APC

                                                 By: /s/ Florence Lirato

SO ORDERED.

s/ John Michael Vazquez
John Michael Vazquez, U.S.D.J.

Date: 2/20/2020